Same case below, 652 F.3d 141.

**No. 11-524. Bonnie K. Watchel, Petitioner v. Securities and Exchange Commission, et al.**

565 U.S. 1094, 132 S. Ct. 866, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8946.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-528. Steve Dei, Petitioner v. Tumara Food Mark, Inc.**

565 U.S. 1094, 132 S. Ct. 855, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8989.

December 12, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 406 Ill. App. 3d 856, 347 Ill. Dec. 51, 941 N.E.2d 920.

**No. 11-537. Viewcrest Investments, LLC, et al., Petitioners v. Oregon.**

565 U.S. 1094, 132 S. Ct. 856, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8852.

December 12, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 239 Or. App. 362, 246 P.3d 520.

**No. 11-545. Kenneth J. Thomas, Petitioner v. iStar Financial, Inc., et al.**

565 U.S. 1094, 132 S. Ct. 856, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8974.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-574. Douglas Sczygelski, Petitioner v. United States Customs and Border Protection Agency.**

565 U.S. 1094, 132 S. Ct. 857, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8939.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 419 Fed. Appx. 680.

**No. 11-583. Abelino Olvera, Petitioner v. United States.**

565 U.S. 1094, 132 S. Ct. 860, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8995.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 437 Fed. Appx. 305.

**No. 11-5144. Mark Robertson, Petitioner v. Texas.**

565 U.S. 1095, 132 S. Ct. 844, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8841.

December 12, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-5175. Roger Lee Gillett, Petitioner v. Mississippi.**

565 U.S. 1095, 132 S. Ct. 844, 181 L. Ed. 2d 552, 2011 U.S. LEXIS 8944.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 56 So. 3d 469.